UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| KRISTI CHANLEY Special Administrator of the Estate of Terry Chanley, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:21-cv-00155-MPB-MJD |
| CITY OF EVANSVILLE INDIANA, et al., | ) ) ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR DECEMBER 6, 2023**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of the matter. The conference concluded without further order.

Dated: 6 DEC 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.