UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KRISTI CHANLEY Special Administrator of the Estate of Terry Chanley,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EVANSVILLE INDIANA,<br>MARIO REID,<br>CODY SMITH,<br>RYAN EAGLESON,<br>COREY NUTT,<br>WILLIAM T. GEORGE,<br>MATTHEW HENRICH,<br>BEN BRASHER,<br>PAUL KLEIN,<br>CHRISTOPHER SEIBERT,<br>PATRICK MCDONALD,<br>RAY ANTHONY SMITH, JR.,<br>KYLE THIRY,<br>GARRETT VANFLEET,<br>TRENDON AMUZIE,<br>DAVID BROWN,<br><br>Defendants. | No. 3:21-cv-00155-MPB-MJD |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendants and against Kristi Chanley.

**SO ORDERED**.

Date: June 4, 2024

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _signature_
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.

Case 3:21-cv-00155-MPB-MJD    Document 180    Filed 06/04/24    Page 2 of 2 PageID #: 2535